# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE MID-ATLANTIC REGIONAL COUNSEL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>QUALITY LOGISTICS & INSTALLATION,<br><br>Defendant(s). | Case No. 2:24-cv-00444-JCM-NJK<br><br>**ORDER** |

On March 6, 2024, this miscellaneous matter was converted into a civil case. Docket No. 3. On March 19, 2024, the Court granted the request for a judgment debtor examination and ordered that it take place on April 12, 2024. Docket No. 7. Plaintiffs are hereby ORDERED to file a status report by May 10, 2024, indicating whether any issues remain for resolution in this case or whether the case can be closed.

IT IS SO ORDERED.

Dated: April 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1