# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE MID-ATLANTIC REGIONAL COUNSEL OF CARPENTERS PENSION FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> QUALITY LOGISTICS & INSTALLATION, <br><br> Defendant(s). | Case No. 2:24-cv-00444-JCM-NJK <br><br> **ORDER** |

Pending before the Court is a status report. Docket No. 9. Plaintiffs are ordered to file a further status report by June 10, 2024, and every 30 days thereafter.

IT IS SO ORDERED.

Dated: May 13, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1