# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE MID-ATLANTIC REGIONAL COUNSEL OF CARPENTERS PENSION FUND, et al.,<br><br>     Plaintiff(s),<br><br>v.<br><br>QUALITY LOGISTICS & INSTALLATION,<br><br>     Defendant(s). | Case No. 2:24-cv-00444-JCM-NJK<br><br>**ORDER** |

In light of Plaintiff's response to the order to show cause, Docket No. 15, the Clerk's Office is **INSTRUCTED** to close this case.

IT IS SO ORDERED.

Dated: August 28, 2024

_____
Nancy J. Koppe
United States Magistrate Judge